# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

2008 JUL 21 PM 3: 12

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| v. | (For Revocation of Probation or Supervised Release) |
| LARRY LEROY KING | CASE NUMBER: 3:05-cr-102-J-25TEM |
| | USM NUMBER: 31058-018 |
| | Defendant's Attorney: James H. Burke, Esq. (pda) |

## THE DEFENDANT:

__X__  Defendant admitted guilt to violation of Allegation number(s) __1-4__ of the terms of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Positive urinalysis for Cocaine in violation of the Special Condition | April 23, 2007 |
| Two | Positive urinalysis for Cocaine in violation of the Special Condition | February 14, 2008 |
| Three | Positive urinalysis for Cocaine in violation of the Special Condition | February 21, 2008 |
| Four | Positive urinalysis for Cocaine in violation of the Special Condition | March 11, 2008 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__  The defendant's terms of supervised release are hereby revoked.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: July 17, 2008

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE
DATE: July __21__, 2008

AO 245B (Rev 06/05) Sheet 2 - Imprisonment

| | | |
|---|---|---|
| Defendant: | LARRY LEROY KING | Judgment - Page 2 of 2 |
| Case No.: | 3:05-cr-102-J-25TEM | |

## IMPRISONMENT

  The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **ten (10) months.**

X   The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

X   The defendant shall cooperate in the collection of DNA as directed by the probation officer

___ The court makes the following recommendations to the Bureau of Prisons:

_X_ The defendant is remanded to the custody of the United States Marshal.
___ The defendant shall surrender to the United States Marshal for this district.

  ___ at ___ a.m./p.m. on ___.
  ___ as notified by the United States Marshal.

___ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

  before 2 p.m. on   .
  ___ as notified by the United States Marshal.
  ___ as notified by the Probation or Pretrial Services Office.

## RETURN

  I have executed this judgment as follows:

_____
_____
_____
_____
_____

  Defendant delivered on _____ to _____
_____ at _____, with a certified copy of this judgment.

_____
United States Marshal

  By:_____
            Deputy Marshal